Decided March 23, 1995

STATE OF CONNECTICUT *v.* MICHAEL PERSON

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 448 (AC 13336), is granted, limited to the following issue:

---

* The plaintiffs' appeal was withdrawn January 9, 1996.

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant was not entitled to an instruction on the defense of extreme emotional disturbance?"

The Supreme Court docket number is SC 15228.

*Donald Dakers,* special public defender, in support of the petition.

*David J. Sheldon,* deputy assistant state's attorney, in opposition.

Decided March 23, 1995